# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

United States of America § 
§ CRIMINAL COMPLAINT
vs. § CASE NUMBER: DR:22-M -02989(1)
§
(1) Viviana Maldonado §

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 06, 2022** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, conspire with and other unnamed co-conspirators, to transport, or move or attempt to transport or move, certain persons, knowing or in reckless disregard of the fact that that such persons were aliens illegally present in the United States, a felony,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(v)(I)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"On December 6, 2022, defendant MALDONADO, Viviana a United States citizens was apprehended near Eagle Pass, Texas within the Western District of Texas for conspiring to transport two illegal aliens in furtherance into the United States. The defendant was encountered at Eagle Pass checkpoint on highway 57. Upon conducting an immigration inspection on the driver and all occupants, it was determined that there were*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,   /s/ Fuentes, Rubi
Signature of Complainant
Fuentes, Rubi
Border Patrol Agent

12/09/2022   at   DEL RIO, Texas
File Date   City and State

COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE   Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:22-M -02989(1)

(1) Viviana Maldonado

**Continuation of Statement of Facts:**

two individuals that were illegally present in the United States with no legal documentation. Post Miranda MALDONADO self-admitted to knowing that both individuals were illegally present in the U.S. and conspiring with a friend to be paid $3000 to transport the subjects to San Antonio, Texas."

_____  
Signature of Judicial Officer

/s/ Fuentes, Rubi  
_____  
Signature of Complainant