# United States District Courts
### WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| United States of America | **WARRANT FOR ARREST** |
| v. | |
| (1) Viviana Maldonado | Case Number:<br>DR:22-M -02989(1) |

**To: The United States Marshal**
   **and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest         (1) Viviana Maldonado
                                                                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description)

*On December 6, 2022, defendant MALDONADO, Viviana a United States citizens was apprehended near Eagle Pass, Texas within the Western District of Texas for conspiring to transport two illegal aliens in furtherance into the United States. The defendant was encountered at Eagle Pass checkpoint on highway 57. Upon conducting an immigration inspection on the driver and all occupants, it was determined that there were two individuals that were illegally present in the United States with no legal documentation. Post Miranda MALDONADO self-admitted to knowing that both individuals were illegally present in the U.S. and conspiring with a friend to be paid $3000 to transport the subjects to San Antonio, Texas.*

in violation of Title     **8**     United States Code, Section(s)     **1324(a)(1)(A)(v)(I)**

| | |
|---|---|
| COLLIS WHITE | UNITED STATES MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| *(signature)* | December, 09, 2022 DEL RIO, Texas |
| Signature of Issuing Officer | Date and Location |

Bail Fixed at $ _____   by   _____
                                                        Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-name defendant at DEL RIO, Texas. | | |
| Date Received<br>December 09, 2022 | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest<br>December 06, 2022 | Fuentes, Rubi<br>Border Patrol Agent | /s/ Fuentes, Rubi |